# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13293

_____

JOHN DOE,

                                                               Plaintiff-Appellant,

*versus*

EMORY UNIVERSITY,

                                                               Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-02763-MHC

_____

JUDGMENT

2                                                                    22-13293

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: August 1, 2024

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: August 30, 2024